IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SUNNY NOWAK,

            Plaintiff,                         ORDER

      v.                                   21-cv-201-wmc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

            Defendant.

---

On November 5, 2021, the court issued an order remanding this case to the commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). Now before the court is plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 in the amount of $5,303.76 and costs in the amount of $0. (Dkt. #20.) Defendant has no objection. (Dkt. #26.)

ORDER

IT IS ORDERED that the parties' stipulation for an award of attorney fees under the Equal Access to Justice Act is GRANTED. Plaintiff is awarded fees in the amount of $5,303.76. These fees are awarded to plaintiff and not plaintiff's attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). If counsel for the defendant verifies plaintiff owes no pre-existing debt subject to offset, defendant shall direct that the award be made payable to plaintiff's attorney pursuant to the EAJA assignment duly signed by plaintiff and counsel.

Entered this 5th day of January, 2022.

                                                         BY THE COURT:
                                                         /s/
                                                         _____
                                                         WILLIAM M. CONLEY
                                                        District Judge